1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8 UNITED STATES OF AMERICA,

9                              Plaintiff,          Case No. CR20-115 JLR

10        v.                                       DETENTION ORDER

11 JASON ALAN LEGG,

12                              Defendant.

13

14 <u>Offenses charged</u>:

15        Mr. Legg is charged with possession of child pornography, 18 U.S.C. § 2252(a)(4)(B)

16 and (b)(2). The Court held a detention hearing on November 17, 2021, pursuant to 18 U.S.C.

17 § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set

18 forth, finds:

19        <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

20        1.      There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

21        2.      Mr. Legg stipulated to detention.

22        3.      Mr. Legg poses a risk of nonappearance because he was not interviewed by Pretrial

23                Services and is appearing on a writ from state custody. Mr. Legg also has a history

of noncompliance while on supervision. Mr. Legg poses a risk of danger due to the nature of the instant offense, his criminal history, and history of noncompliance while under supervision. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Legg's appearance at future court hearings while addressing the danger to other persons or the community.

4.     Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the Mr. Legg as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1)     Mr. Legg shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Mr. Legg shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Legg is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 17th day of November, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge